Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8535
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-27,<br><br>Defendants. | Civil Action No. 2:17-cv-00191-EJF<br><br>Magistrate Judge Evelyn J. Furse<br><br>**ENTRY OF DEFAULT PURSUANT TO FRCP 55(a) AS TO CERTAIN DEFENDANTS** |

Upon motion of the Plaintiff, upon the record in this matter, and for good cause shown:

**IT IS ORDERED:**

Entry of default is made against the following Defendants ("Defendants") served on the dates identified below:

| DOE | IP | NAME | ADDRESS | DATE SERVED |
|---|---|---|---|---|
| 17 | 50.160.76.69 | Hans Dullnigg | 554 N Main St, Farmington, UT 84025 | September 27, 2017 |
| 18 | 98.202.248.60 | Rin Ouk | 943 Pheasant Creek Dr, Logan, UT 84321 | September 27, 2017 |

DATED: June 4, 2018.

By: _____
Chief Deputy Clerk of the Court
UNITED STATES DISTRICT COURT